IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LESTER F. ANDERSON, | § | |
| | § | |
| Defendant Below, | § | No. 113, 2022 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 30109009DI (N) |
| | § | |
| Appellee. | § | |

Submitted: August 30, 2022
Decided: September 27, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After consideration of the appellant's opening brief, the appellee's motion to affirm,[1] and the record on appeal, we conclude that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its February 28, 2022 order denying the appellant's request that the court vacate his first-degree murder conviction and life sentence.

---

[1] The appellant's request for leave to respond to the motion to affirm is denied. Under Supreme Court Rule 25(a), a response to a motion to affirm is not permitted unless requested by the Court. The Court did not request a response to the motion to affirm and finds no reason to request a response after considering the appellant's motion.

NOW, THEREFORE, IT IS ORDERED that the motion for leave to respond to the motion to affirm is DENIED, the motion to affirm is GRANTED, and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice